TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
ANTONIO LONG ANDREWS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:18-CR-00256 MCE |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| v. | ) **CONTINUE STATUS CONFERENCE** |
| | ) **UNTIL MAY 30, 2019 AT 10:00 A.M.** |
| Antonio Long Andrews | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Antonio Long Andrews, the defendant in this matter, by and through his defense counsel, Toni White, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, that the status conference presently set for April 4, 2019, should be continued to May 30, 2019, at 10:00 a.m. and that time under the Speedy Trial Act should be excluded from April 4, 2019 through May 30, 2019.

The reason for the continuance is that defense counsel has received over 1000 bates stamped pages of additional discovery since the last status conference and more is forthcoming. This brings the total discovery to approximately 2000 bates stamped pages of discovery along with numerous DVDs containing audio and video recordings. Defense

counsel needs additional time to continue to review discovery, communicate with the Government and her client, discuss possible resolution and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between April 4, 2019 and May 30, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). AUSA Brian Fogerty has authorized defense counsel Toni White to sign this pleading for him.

Dated: March 29, 2019

U.S. ATTORNEY

by: /s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney
Attorney for the Goverment

Dated: March 29, 2019

/s/ Toni White
TONI WHITE
Attorney for Defendant
Antonio Long Andrews

## ORDER

IT IS SO ORDERED.

Dated: April 8, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE