TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
ANTONIO LONG ANDREWS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Antonio Long Andrews<br><br>    Defendant. | No. 2:18-CR-00256 MCE<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME FROM MAY 30, 2019 AT 10:00 A.M. UNTIL JUNE 6, 2019 AT 10:00 A.M.** |

# STIPULATION

The status conference in this matter has been moved from May 30, 2019 to June 6, 2019. An exclusion of time under the Speedy Trial Act is in effect through May 30, 2019. IT IS HEREBY STIPULATED AND AGREED between Antonio Long Andrews, the defendant in this matter, by and through his defense counsel, Toni White, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, that time under the Speedy Trial Act should be excluded from May 30, 2019 through June 6, 2019.

The reason for the exclusion of time is that defense counsel has received over 1000 bates stamped pages of additional discovery since the last status conference and more is forthcoming. This brings the total discovery to approximately 2000 bates stamped pages

1

of discovery along with numerous DVDs containing audio and video recordings. Defense counsel needs additional time to continue to review discovery, communicate with the Government and her client, discuss possible resolution and prepare for trial. The exclusion of time is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between May 30, 2019 and June 6, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). AUSA Brian Fogerty has authorized defense counsel Toni White to sign this pleading for him.

Dated: May 3, 2019

U.S. ATTORNEY
by: /s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney
Attorney for the Goverment

Dated: May 3, 2019

/s/ Toni White
TONI WHITE
Attorney for Defendant
Antonio Long Andrews

## ORDER

IT IS SO ORDERED.

Dated: May 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE