TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ANTONIO LONG ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Antonio Long Andrews<br><br>Defendant. | No. 2:18-CR-00256 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Antonio Long Andrews, the defendant in this matter, by and through his defense counsel, Toni White, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, that the status conference presently set for August 15, 2019, should be continued to August 22, 2019, at 10:00 a.m. and that time under the Speedy Trial Act should be excluded from August 15, 2019 through August 22, 2019.

The reason for the continuance is that defense counsel needs time to continue to meet with Mr. Long Andrews over the next week. Discovery currently stands at bate

stamped page 2359 and includes DVDs containing extensive audio and video recordings. Defense counsel needs additional time to continue to review discovery, communicate with the Government and her client, discuss possible resolution and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between August 15, 2019 and August 22, 2019 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). AUSA Brian Fogerty has authorized defense counsel Toni White to sign this pleading for him.

Dated: August 13, 2019

by: U.S. ATTORNEY
/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney
Attorney for the Goverment

Dated: August 13, 2019

/s/ Toni White
TONI WHITE
Attorney for Defendant
Antonio Long Andrews

**ORDER**

IT IS SO ORDERED.

Dated: August 14, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE