TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ANTONIO LONG ANDREWS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Antonio Long Andrews<br><br>Defendant. | No. 2:18-CR-00256 MCE<br><br>[**PROPOSED**] ORDER SEALING SUPPLEMENT AND SUPPORTING MATERIALS TO DEFENSE BAIL MOTION FILED AS ECF DOC NUMBER 57___<br><br>Date:   July 21, 2020<br>Time:  2:00 pm<br>Dept:   Honorable Judge Allison Claire |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Antonio Long Andrews, IT IS HEREBY ORDERED that the Supplement and supporting materials relating to Defendant's Bail Motion filed as ECF DOC Number 57 shall be SEALED until further order of this Court.

Dated: July 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1