TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ANTONIO LONG ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Andrews<br><br>    Defendant. | No. 2:18-CR-00256 MCE<br><br>**ORDER WAIVING DEFENDANT'S APPEARANCE** |

  Based on the Request for Appearance Waiver filed with this Court on January 27, 2021, and on the information and signatures contained therein, it is hereby ordered that Defendant ANTONIO LONG ANDREWS' appearance be waived in the circumstances set forth herein, subject to any Order by the Court requiring his appearance, which would supersede this Order.

///

///

///

///

1

ANTONIO LONG ANDREWS' appearance is waived for hearings of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED.

Dated: February 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE