TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ANTONIO LONG ANDREWS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Antonio Long Andrews<br><br>    Defendant. | No. 2:18-CR-00256 MCE<br><br>**ORDER SEALING EXHIBITS E, G AND H TO DEFENDANT APPELLANT'S OPENING BRIEF**<br><br>Date:   April 15, 2021<br>Time:  10:00 a.m.<br>Dept:   Honorable Judge Morrison C. England, Jr. |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Antonio Long Andrews, IT IS HEREBY ORDERED that the Exhibits E, G and H to Defendant Appellant's Opening Brief, filed as ECF DOC Number 99, shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated:  March 25, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1