PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>              v.<br><br>ANTONIO LONG ANDREWS,<br><br>                        Defendant. | CASE NO. 2:18-CR-256 MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 22, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 22, 2021. ECF No. 112.

2. The parties request that the Court vacate the July 22, 2021, status conference, and reset it for September 16, 2021, excluding time between July 22, 2021 and September 16, 2021 (the newly set status conference), under Local Code T4 for defense preparation.

3. The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes tens of thousands of pages of law enforcement reports and forensic reports of numerous

electronic devices, video recordings, and audio recordings of hundreds of telephone calls intercepted pursuant to Title III wiretap orders entered by this Court.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant desires additional time to review and analyze the voluminous discovery and information gathered therefrom with her client, who is currently incarcerated at the Sacramento County Jail.  In light of the volume of discovery and the various forms in which it exists (e.g., reports, audio and video files), counsel for the defendant seeks more time to conduct her review and prepare for trial.  In addition, as part of defense counsel's preparation for trial, defense counsel has requested cell phone data in a certain format.  The government is currently working to respond to defense counsel's request.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 22, 2021, through September 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

IT IS SO STIPULATED.

Dated:  July 21, 2021	PHILLIP A. TALBERT
	Acting United States Attorney

	/s/ BRIAN A. FOGERTY
	BRIAN A. FOGERTY
	Assistant United States Attorney

Dated:  July 21, 2021	/s/ TONI WHITE
	TONI WHITE
	Counsel for Defendant
	Antonio Long Andrews

## ORDER

IT IS SO ORDERED.

DATED:  July 22, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE