1   PHILLIP A. TALBERT
    Acting United States Attorney
2   BRIAN A. FOGERTY
    JASON HITT
3   Assistant United States Attorneys
    501 I Street, Suite 10-100
4   Sacramento, CA 95814
    Telephone:  (916) 554-2700
5   Facsimile:  (916) 554-2900

6

7   Attorneys for Plaintiff
    United States of America

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-256 MCE

13                        Plaintiff,       STIPULATION TO CONTINUE STATUS
                                           CONFERENCE AND EXCLUDE TIME PERIODS
14           v.                            UNDER SPEEDY TRIAL ACT; ORDER

15  ANTONIO LONG ANDREWS,                  DATE: October 21, 2021
                                           TIME: 10:00 a.m.
16                        Defendant.       COURT: Hon. Morrison C. England, Jr.

17

18                                 **STIPULATION**

19          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21          1.      By previous order, this matter was set for a status conference on October 21, 2021.  ECF

22  No. 117.

23          2.      The parties request that the Court vacate the October 21, 2021, status conference, and

24  reset it for October 28, 2021, excluding time between October 21, 2021 and October 28, 2021 (the

25  newly set status conference), under Local Code T4 for defense preparation.

26          3.      The parties agree and stipulate, and request that the Court find the following:

27                  a)      The government has represented that the discovery associated with this case

28  includes tens of thousands of pages of law enforcement reports and forensic reports of numerous

electronic devices, video recordings, and audio recordings of hundreds of telephone calls intercepted pursuant to Title III wiretap orders entered by this Court.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review and analyze the voluminous discovery and information gathered therefrom with her client, who is currently incarcerated at the Sacramento County Jail.  In light of the volume of discovery and the various forms in which it exists (e.g., reports, audio and video files), counsel for the defendant seeks more time to conduct her review and prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2021, through October 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///

1    IT IS SO STIPULATED.

2

3   Dated:  October 19, 2021               PHILLIP A. TALBERT
                                       Acting United States Attorney

4

5                                       /s/ BRIAN A. FOGERTY
                                       BRIAN A. FOGERTY

6                                       Assistant United States Attorney

7

8   Dated:  October 19, 2021                /s/ TONI WHITE
                                       TONI WHITE

9                                       Counsel for Defendant
                                       Antonio Long Andrews

10

11

12                           **ORDER**

13    IT IS SO ORDERED.

14  Dated:  October 28, 2021

15

16

17                          MORRISON C. ENGLAND, JR.
                          SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28