PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>ANTONIO LONG ANDREWS,<br><br>                 Defendant. | CASE NO.  2:18-CR-256 MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: November 4, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on November 4, 2021.  ECF No. 120.

2.      The parties request that the Court vacate the November 4, 2021, status conference, and reset it for November 18, 2021, excluding time between November 4, 2021 and November 18, 2021 (the newly set status conference), under Local Code T4 for defense preparation.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes tens of thousands of pages of law enforcement reports and forensic reports of numerous

electronic devices, video recordings, and audio recordings of hundreds of telephone calls intercepted pursuant to Title III wiretap orders entered by this Court.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)       Counsel for defendant desires additional time to review and analyze the voluminous discovery and information gathered therefrom with her client, who is currently incarcerated at the Sacramento County Jail.  In light of the volume of discovery and the various forms in which it exists (e.g., reports, audio and video files), counsel for the defendant seeks more time to conduct her review and prepare for trial.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2021, through November 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///

IT IS SO STIPULATED.

Dated:  November 2, 2021                    PHILLIP A. TALBERT
                                           Acting United States Attorney


                                           /s/ BRIAN A. FOGERTY
                                           BRIAN A. FOGERTY
                                           Assistant United States Attorney


Dated:  November 2, 2021                    /s/ TONI WHITE
                                           TONI WHITE
                                           Counsel for Defendant
                                           Antonio Long Andrews


**IT IS SO ORDERED.**


DATED:  November 3, 2021



                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE            3
AND EXCLUDE TIME