PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>ANTONIO LONG ANDREWS,<br><br>                    Defendant. | CASE NO. 2:18-CR-256 JAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 18, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a status conference on November 18, 2021. ECF No. 122. On November 9, 2021, pursuant to an order reassigning this case to Judge Mendez, the November 18 status conference was vacated. ECF No. 123.

2.    The parties now request that the Court set this matter for a status conference on December 14, 2021, excluding time between November 10, 2021 and December 14, 2021 (the newly set status conference), under Local Code T4 for defense preparation.

3.    The parties agree and stipulate, and request that the Court find the following:

      a)    The government has represented that the discovery associated with this case

1

1   includes tens of thousands of pages of law enforcement reports and forensic reports of numerous

2   electronic devices, video recordings, and audio recordings of hundreds of telephone calls

3   intercepted pursuant to Title III wiretap orders entered by this Court.  All of this discovery has

4   been either produced directly to counsel and/or made available for inspection and copying.

5         b)     Counsel for defendant desires additional time to review and analyze the

6   voluminous discovery and information gathered therefrom with her client, who is currently

7   incarcerated at the Sacramento County Jail.  In light of the volume of discovery and the various

8   forms in which it exists (e.g., reports, audio and video files), counsel for the defendant seeks

9   more time to conduct her review and prepare for trial.

10         c)     Counsel for defendant believes that failure to grant the above-requested

11   continuance would deny her the reasonable time necessary for effective preparation, taking into

12   account the exercise of due diligence.

13         d)     The government does not object to the continuance.

14         e)     Based on the above-stated findings, the ends of justice served by continuing the

15   case as requested outweigh the interest of the public and the defendant in a trial within the

16   original date prescribed by the Speedy Trial Act.

17         f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

18   et seq., within which trial must commence, the time period of November 10, 2021, through

19   December 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

20   B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's

21   request on the basis of the Court's finding that the ends of justice served by taking such action

22   outweigh the best interest of the public and the defendant in a speedy trial.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6    Dated:  November 10, 2021          PHILLIP A. TALBERT
                   Acting United States Attorney

7

8                  /s/ BRIAN A. FOGERTY
                   BRIAN A. FOGERTY

9                  Assistant United States Attorney

10

11   Dated:  November 10, 2021          /s/ TONI WHITE
                   TONI WHITE

12                 Counsel for Defendant
                   Antonio Long Andrews

13

14

15   **FINDINGS AND ORDER**

16       IT IS SO FOUND AND ORDERED this 12th day of November, 2021.

17

18                 /s/ John A. Mendez

19                 THE HONORABLE JOHN A. MENDEZ
                   UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28