TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ANTONIO LONG ANDREWS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Antonio Long Andrews<br><br>  Defendant. | No. 2:18-CR-00256 JAM<br><br>**ORDER AMENDING PROTECTIVE ORDERS REGARDING DISCOVERY** |

This Order affects the protective order filed in USA v. Long Andrews No. 2:18-CR-000256 JAM at ECF No. 15 and the protective order filed in USA v. Jaquorey Carter 2:18-CR-00255 WBS at ECF No. 183.

Both protective orders are hereby amended to allow select portions of redacted discovery to be disseminated to the defendant, Mr. Long Andrews, while he remains in custody. Mr. Long Andrews is ordered to refrain from sharing the discovery with anyone.

//

//

1

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of March, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE