PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>ANTONIO LONG ANDREWS,<br><br>                Defendant. | CASE NO.  2:18-CR-256 MCE<br><br>STIPULATION TO CONTINUE TRIAL AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 18, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Antonio Marion Deshawn Long Andrews, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this case was set for a jury trial to begin on April 18, 2022.  ECF No. 130.

2.      The parties request that the Court vacate the April 18, 2022, trial date, and set the case for a jury trial to begin on June 23, 2022, at 9:00 a.m., excluding time between April 6, 2022, and June 23, 2022, under Local Code T4 for defense preparation.  The parties also request that the Court vacate the existing pretrial filing deadlines, and enter an order setting the following new deadlines:

         a)      The parties shall file trial briefs, proposed jury instructions, witness and exhibit

1  lists, and any proposed voir dire by June 16, 2022.

2      b)    The parties shall file motions *in limine* by June 13, 2022, with oppositions to be
3  filed by June 16, 2022.

4  3.    The parties agree and stipulate, and request that the Court find the following:

5      a)    The government has represented that the discovery associated with this case
6  includes tens of thousands of pages of law enforcement reports and forensic reports of numerous
7  electronic devices, video recordings, and audio recordings of hundreds of telephone calls
8  intercepted pursuant to Title III wiretap orders entered by the Honorable Morrison C. England,
9  Jr. This discovery has been either produced directly to counsel and/or made available for
10 inspection and copying.

11     b)    Counsel for defendant desires additional time to review and analyze data recently
12 extracted from an electronic device that was seized from the defendant. This device had been
13 locked and until last week, federal agents were not able to extract data from the device.

14     c)    Counsel for defendant believes that failure to grant the above-requested
15 continuance would deny her the reasonable time necessary for effective preparation, taking into
16 account the exercise of due diligence.

17     d)    The government does not object to the continuance.

18     e)    Based on the above-stated findings, the ends of justice served by continuing the
19 case as requested outweigh the interest of the public and the defendant in a trial within the
20 original date prescribed by the Speedy Trial Act.

21     f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
22 et seq., within which trial must commence, the time period of April 6, 2022, through June 23,
23 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
24 T4] because it results from a continuance granted by the Court at defendant's request on the basis
25 of the Court's finding that the ends of justice served by taking such action outweigh the best
26 interest of the public and the defendant in a speedy trial.

27 4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
28 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

STIPULATION TO CONTINUE TRIAL AND EXCLUDE TIME     2

must commence.

IT IS SO STIPULATED.

Dated: April 6, 2022   PHILLIP A. TALBERT
United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: April 6, 2022   /s/ TONI WHITE
TONI WHITE
Counsel for Defendant
Antonio Long Andrews

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 6th day of April, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE