PHILLIP A. TALBERT
United States Attorney
JASON HITT
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DESHAWN MARION LONG ANDREWS,<br><br>Defendant. | CASE NO. 2:18-CR-256 JAM<br><br>ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

IT IS HEREBY ORDERED that the United States is authorized to provide early disclosure of grand jury transcripts related to this case to defendant prior to the time required under the Jencks Act, 18 U.S.C. §3500.

Dated: June 10, 2022                                /s/ John A. Mendez
                                                               THE HONORABLE JOHN A. MENDEZ.
                                                               UNITED STATES DISTRICT COURT JUDGE

1