TONI L. WHITE, SBN 210119
LAW OFFICE OF TONI WHITE
PO Box 1081
El Dorado, CA 95623
Telephone:     530-885-6244
E-Mail:        toniwhite6311@gmail.com

Attorney for Defendant
ANTONIO LONG ANDREWS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00256 JAM |
|---|---|
| Plaintiff, | ORDER GRANTING REQUEST TO SEAL |
| v. | |
| ANTONIO LONG ANDREWS, | |
| Defendant. | |

The defendant's request to seal the Motion in Limine previously filed at ECF 160, and the request to seal, is hereby granted.

DATED: June 15, 2022                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATE DISTRICT COURT JUDGE

- 1 -