TONI L. WHITE, SBN 210119
LAW OFFICE OF TONI WHITE
PO Box 1081
El Dorado, CA 95623
Telephone:     530-885-6244
E-Mail:         toniwhite6311@gmail.com

Attorney for Defendant
ANTONIO LONG ANDREWS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTONIO LONG ANDREWS,<br><br>  Defendant. | Case No.: 2:18-cr-00256 JAM<br><br>ORDER GRANTING REQUEST TO SEAL |

The defendant's motion to seal Exhibit A to his motion in limine to suppress electronic surveillance evidence, and the motion to seal, is hereby granted.

DATED: June 16, 2022                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE