1  TONI L. WHITE, SBN 210119
   LAW OFFICE OF TONI WHITE
2  PO Box 1081
   El Dorado, CA 95623
3  Telephone:    530-885-6244
4  E-Mail:       toniwhite6311@gmail.com

5  Attorney for Defendant
6  ANTONIO LONG ANDREWS

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,

13          Plaintiff,                  Case No.:  2:18-cr-00256 JAM

14          v.                          ORDER GRANTING REQUEST TO SEAL

15  ANTONIO LONG ANDREWS,

16

17          Defendant.

18

19      The defendant's request to seal Exhibit A to Defendant's Trial Brief, and the request to

20  seal, is hereby granted.

21

22  DATED:  June 17, 2022                /s/ John A. Mendez

23                                       THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28

- 1 -