```
TONI L. WHITE, SBN 210119
LAW OFFICE OF TONI WHITE
PO Box 1081
El Dorado, CA 95623
Telephone:    530-885-6244
E-Mail:       toniwhite6311@gmail.com

Attorney for Defendant
ANTONIO LONG ANDREWS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO LONG ANDREWS,<br><br>　　　　Defendant. | Case No.: 2:18-cr-00256 JAM<br><br>ORDER GRANTING REQUEST TO SEAL |

　　　The defendant's request to seal the proof of service of the Motion to Admit Evidence Pursuant to Fed. R. Evid. 412, and the request to seal, is hereby granted.

DATED: June 17, 2022                    /s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE