PHILLIP A. TALBERT
United States Attorney
JASON HITT
CHRISTINA McCALL
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DESHAWN MARION LONG ANDREWS,<br><br>Defendant, | CASE NO. 2:18-CR-0256 JAM<br><br>ORDER GRANTING EXTENSION OF TIME |

On July 27, 20222, the Government requested an extension of time to file its response or opposition to Defendant Andrews, Motion for New Trial and Renewed Motion for Acquittal. ECF No. 252.

IT IS HEREBY ORDERED, that Governments' request for an extension is granted. The response is now due August 12, 2022.

DATED: July 27, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER