TONI L. WHITE, SBN 210119
LAW OFFICE OF TONI WHITE
PO Box 1081
El Dorado, CA 95623
Telephone:    530-885-6244
E-Mail:    toniwhite6311@gmail.com

Attorney for Defendant
ANTONIO LONG ANDREWS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO LONG ANDREWS,<br><br>Defendant. | Case No.:  2:18-cr-00256 JAM<br><br>ORDER GRANTING MOTION TO EXTEND TIME FOR FILING OF REPLY BRIEF |

The defendant's motion for an extension of time to file a reply brief to the Government's Opposition to Defendant's Motion for New Trial and Renewed Rule 29 Motion, ECF No. 264, is hereby granted. Defendant's Reply brief is due September 6, 2022. The Motion Hearing set for August 30, 2022 is vacated.

DATED:  August 22, 2022          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE