1   PHILLIP A. TALBERT
    United States Attorney
2   JASON HITT
    CHRISTINA McCALL
3   Assistant United States Attorneys
    501 I Street, Suite 10-100
4   Sacramento, CA 95814
    Telephone: (916) 554-2700
5   Facsimile: (916) 554-2900

6
    Attorneys for Plaintiff
7   United States of America

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO.  2:18-CR-256 JAM

                           Plaintiff,    **STIPULATION TO CONTINUE SENTENCING
13                                        HEARING; ORDER**

14                 v.                     DATE: May 9, 2023
                                          TIME: 9:00 a.m.
15  ANTONIO DESHAWN MARION LONG           COURT: Hon. John A. Mendez
    ANDREWS,
16                         Defendant.

17

18                           **STIPULATION**

19          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21          1.      By previous order, this matter was set for a sentencing hearing on May 9, 2023.

22          2.      By this stipulation, the parties now move to continue the sentencing hearing until June

23  27, 2023, so that the presentence investigation can be completed.

24          3.      The assigned United States Probation Officer is available on June 27, 2023.

25          4.      The parties propose that the Court set the following deadlines for Presentence Report

26  objections and responses:

27

28

    STIPULATION TO RE-SET SENTENCING            1
    HEARING

| | |
|---|---|
| Judgment and Sentencing Date: | June 27, 2023 |
| Reply, or Statement of Non-Opposition: | June 20, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 13, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 06, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 30, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | April 28, 2023 |

IT IS SO STIPULATED.


Dated:  April 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney


Dated:  April 17, 2023

/s/ Toni White
Toni White
Counsel for Defendant
ANTONIO DESHAWN
MARION LONG ANDREWS


## ORDER

The sentencing hearing in this case is re-set for **June 27, 2023, at 09:00 a.m.**  The proposed schedule of objections and responses to the Presentence Report proposed by the parties is **ADOPTED**.


IT IS SO FOUND AND ORDERED.


Dated: April 19, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE