PHILLIP A. TALBERT
United States Attorney
JASON HITT
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO LONG ANDREWS,<br><br>Defendant. | CASE NO.  2:18-CR-00256-JAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER**<br><br>DATE: June 27, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a sentencing hearing on June 27, 2023.

2.      By this stipulation, the parties now move to continue the sentencing hearing until July 11, 2023.

3.      This continuance will allow the final Presentence Report to be prepared and disclosed, and for the parties to draft formal objections or responses to the Presentence Report and file sentencing memoranda.

4.      The parties request that the formal objections be filed by June 27, 2023 and sentencing memoranda on July 5, 2023.

5.      The Supervising United States Probation Officer is available on July 11, 2023.

IT IS SO STIPULATED.

Dated:  June 13, 2023                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ CHRISTINA McCALL
                                                        CHRISTINA McCALL
                                                        Assistant United States Attorney

Dated:  June 13, 2023                                   /s/ TONI WHITE
                                                        TONI WHITE
                                                        Counsel for Defendant
                                                        ANTONIO LONG ANDREWS



**ORDER**

Based upon the stipulation of the parties above, the Court hereby **CONTINUES** the sentencing hearing date in this case **to July 11, 2023, at 09:00 AM**.  The parties' formal objections, if any, shall be filed by **June 27, 2023**, and sentencing memoranda shall be filed by **July 5, 2023**.


IT IS SO ORDERED.


Dated: June 13, 2023                      /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME            2
PERIODS UNDER SPEEDY TRIAL ACT